RENE L. VALLADARES
Federal Public Defender
State Bar No. No. 11479
WILLIAM CARRICO
State Bar No. 003042
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for David Joseph Sabajan

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-mj-575-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| vs. | (Second Request) |
| DAVID JOSEPH SABAJAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Janjua Ahmed, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for, DAVID JOSEPH SABAJAN, that the Preliminary Hearing currently scheduled for August 20, 2015 at the hour of 4:00 p.m., be vacated and set to a date and time convenient to this court. However, in no event earlier than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. The Parties have resolved the case in principle. It is anticipated that the proposed resolution will be presented to the court at the next date on September 16, 2015.

2. Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 14th day of August, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ William Carrico*<br>By_____<br>WILLIAM CARRICO<br>Assistant Federal Public Defender<br>Counsel for Defendant | */s/ Nadia Janjua Ahmed*<br>By_____<br>NADIA JANJUA AHMED<br>Assistant United States Attorney<br>Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DAVID JOSEPH SABAJAN,<br><br>   Defendant. | 2:15-mj-575-GWF<br><br>**ORDER** |
|---|---|

  Based on the Stipulation of counsel and good cause appearing,

  **IT IS THEREFORE ORDERED** that the Preliminary Hearing currently scheduled on August 20, 2015 at the hour of 4:00 p.m., be vacated and continued to October 7, 2015 at 4:00 p.m..

  DATED this __17th__ day of August, 2015.

               _/s/ George Foley Jr._
               UNITED STATES MAGISTRATE JUDGE